

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00683-CR

**EX PARTE** Robert **GOMEZ**

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1918
Honorable Lorina I. Rummel, Judge Presiding

Opinion by:    Sandee Bryan Marion, Chief Justice

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Patricia O. Alvarez, Justice

Delivered and Filed:  February 25, 2015

PERMANENTLY ABATED

On February 11, 2015, appellant's attorney notified this court that appellant died on February 7, 2015.  The appeal was perfected before appellant's death, and this court has not yet issued a mandate.  Accordingly, the appeal is permanently abated.  TEX. R. APP. P. 7.1(a)(2); *Vargas v. State*, 659 S.W.2d 422, 423 (Tex. Crim. App. 1983).

Sandee Bryan Marion, Chief Justice

DO NOT PUBLISH